# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 511 EAL 2021

       Respondent    :
   :
   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court
   :
      v.    :
   :
   :
KEITH GARNER,    :
   :
       Petitioner    :


COMMONWEALTH OF PENNSYLVANIA,    :    No. 512 EAL 2021

       Respondent    :
   :
   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court
   :
      v.    :
   :
   :
KEITH GARNER,    :
   :
       Petitioner    :


COMMONWEALTH OF PENNSYLVANIA,    :    No. 513 EAL 2021

       Respondent    :
   :
   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court
   :
      v.    :
   :
   :
KEITH GARNER,    :
   :
       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 514 EAL 2021
                                  :
                    Respondent    :
                                  :
                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court
            v.                    :
                                  :
                                  :
KEITH GARNER,                     :
                                  :
                    Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.